**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| Jer Lee, | Civil No. 11-1871 (RHK-JJG) |
| Plaintiff, | |
| v. | **ORDER OF DISMISSAL WITH PREJUDICE** |
| P&B Capital Group, LLC, Keona Tolliver, Ryan Doe, and Does 2-10, | |
| Defendants. | |

---

The Court, having been advised that the above-entitled action has been resolved,

**IT IS ORDERED** that the above-entitled against Defendants is **DISMISSED WITH PREJUDICE**, without costs, disbursements, or attorney fees to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated:  August 24, 2011

                                              s/Richard H. Kyle
                                              RICHARD H. KYLE
                                              United States District Judge